IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN H. EDWARDS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-831-WKW |
| ) | [WO] |
| TLC INVESTMENTS, d/b/a ) | |
| STONES RIVER ELECTRIC, d/b/a ) | |
| SRE, TANNER SPRINGER, ) | |
| JEFFREY FITZPATRICK, JAMI ) | |
| HALL, JEREMEY BOSWORTH, ) | |
| JOHN CORNELIUS, and JEREMEY ) | |
| DOYLE, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On December 23, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 17th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE